MCDONALD, C. J., did not participate in the consideration or decision of this petition.

*Del Atwell,* special public defender, in support of the petition.

*Joy K. Fausey,* deputy assistant state's attorney, in opposition.

Decided March 8, 2000

STATE OF CONNECTICUT *v.* KYLE BAINES

The defendant's petition for certification for appeal from the Appellate Court, 56 Conn. App. 443 (AC 19457), is denied.

VERTEFEUILLE, J., did not participate in the consideration or decision of this petition.

*Lauren Weisfeld,* assistant public defender, in support of the petition.

*Bruce R. Lockwood,* deputy assistant state's attorney, in opposition.

Decided March 8, 2000

STATE OF CONNECTICUT *v.* JAMAL JENKINS

The defendant's petition for certification for appeal from the Appellate Court, 56 Conn. App. 450 (AC 19458), is denied.

VERTEFEUILLE, J., did not participate in the consideration or decision of this petition.

*Kenneth Rosenthal,* special public defender, in support of the petition.